**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Oscar MILLER, Jr., Defendant–
Appellant.**

**No. 01–4393.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2001.

Decided Dec. 18, 2001.

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, NC, for appellant. John Stuart Bruce, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Oscar Miller appeals his sentence to 240 months' incarceration following his guilty plea and conviction of distribution of cocaine base, in violation of 21 U.S.C.A. § 841(a)(1) (West 2000). Because §§ 841 and 846 are not rendered unconstitutional by *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), which is the sole issue Miller asserts on appeal, we affirm Miller's conviction and sentence. *See United States v. McAllister,* 272 F.3d 228, 230 (4th Cir.2001) (No. 00–4423). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*